# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

DEIDRE DEMPSEY, CYNTHIA
JOHNSON, MONIQUE BROWN,
MELANIE JOSEPH, ALICIA
JOHNSON AND TONI PATTERSON

VERSUS

COMMUNITY CARE CENTER OF
BATON ROUGE, LLC D/B/A
HERITAGE MANOR OF BATON
ROUGE, ALL PRESENTLY UNKNOWN
DEFENDANTS, AND XYZ
INSUR[ANC]E COMPANY

NO.  2023 CW 0159

**MAY 25, 2023**

---

In Re:     Community  Care  Center  of  Baton  Rouge,  LLC  d/b/a
           Heritage  Manor  of  Baton  Rouge,  applying  for
           supervisory  writs,  19th  Judicial  District  Court,
           Parish of East Baton Rouge, No. 667927.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

    **WRIT DENIED.**

                JMG
                EW
                SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT